UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. CR07-207-JCC |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| RANDY WAYMON IVEY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offenses charged:

Count 1: Conspiracy to Engage in Sex Trafficking of a Minor in violation of 18 U.S.C. §§ 1591(a)(1) and (b)(2).

Count 2: Conspiracy to Transport a Female With Intent to Engage in Prostitution in violation of 18 U.S.C. § 2421.

Count 3: Interstate Transportation in Furtherance of Prostitution in violation of 18 U.S.C. § 2421 and 2.

Date of Detention Hearing:   June 27, 2007.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that

01 defendant is a flight risk and a danger to the community based on the nature of the pending

02 charges.  This places a limited burden of production on the defendant, although the burden of

03 persuasion remains with the government.  Application of the presumption in favor of

04 detention is appropriate in this case.

05   (2) The defendant's residential location in Washington is uncertain.  He has a

06 thirty-day lease, and he and his wife have given conflicting statements about their place of

07 residence.

08   (3) Defendant has no real ties to the Western District of Washington or to this

09 community.

10   (4) Defendant's background history reveals two prior bond forfeitures.

11   (5) Defendant has no current source of employment.

12   (6) Defendant has a continuous pattern of driving while his license is suspended,

13 indicating an unwillingness or inability to comply with supervision.

14   (7) There appear to be no conditions or combination of conditions other than

15 detention that will reasonably address the risk of flight and danger to other persons or to the

16 community.

17   IT IS THEREFORE ORDERED:

18   (1) Defendant shall be detained pending trial and committed to the custody of the

19     Attorney General for confinement in a correction facility separate, to the

20     extent practicable, from persons awaiting or serving sentences or being held in

21     custody pending appeal;

22   (2) Defendant shall be afforded reasonable opportunity for private consultation

23     with counsel;

24   (3) On order of a court of the United States or on request of an attorney for the

25     government, the person in charge of the corrections facility in which

26     defendant is confined shall deliver the defendant to a United States Marshal

01       for the purpose of an appearance in connection with a court proceeding; and

02  (4)  The Clerk shall direct copies of this Order to counsel for the United States, to

03       counsel for the defendant, to the United States Marshal, and to the United

04       States Pretrial Services Officer.

05       DATED this 27th day of June, 2007.

                                    /s/ James P. Donohue
                                    _____
                                    JAMES P. DONOHUE
                                    United States Magistrate Judge

DETENTION ORDER                                                                    15.13
18 U.S.C. § 3142(i)                                                            Rev. 1/91
PAGE 3