UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. CR07-207-JCC |
| v. | ) |
| RANDY WAMON IVEY, | ) DETENTION ORDER |
| Defendant. | ) |

Offenses charged:

    Count 1: Accessory After the Fact, in violation of 18 U.S.C. § 3.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant was released on bond on August 28, 2007.

(2) Defendant pled guilty to Count 1 of the indictment on January 11, 2008. Sentencing is set before the Honorable John C. Coughenour on April 25, 2008 at 9:00 a.m.

(3) Defendant wishes to self-surrender to begin serving his sentence.

IT IS THEREFORE ORDERED:

(1) Defendant's bond is hereby revoked;

(2) Defendant shall be taken into custody and detained pending sentencing and

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 1

committed to the custody of the Attorney General for confinement in a correctional facility;

(3) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

(5) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 29th day of February, 2008.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge